O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WIXEN MUSIC UK LTD., a UK limited corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRANSPARENCE ENTERTAINMENT GROUP INC., a California corporation; DENNIS DREITH, an individual; SHARI HOFFMAN, an individual; and TANIA OLIVEIRA, NÉE WOODCOCK, an individual; and Does 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-02663-MEMF-MRW<br><br>**ORDER GRANTING PLAINTIFF WIXEN MUSIC UK LTD.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS [ECF NO. 52]**<br><br>Judge: Hon. Maame Ewusi-Mensah Frimpong<br>Courtroom: 8B |

Plaintiff Wixen Music UK Ltd. ("Wixen") has filed an Application for Leave to File Under Seal portions of its Opposition to the Motion for Summary Judgment and Supporting Documents.[1] Having considered the submitted papers, the Court finds that compelling reasons support the filing under seal of the portions identified below:

| Document | Text to be Sealed |
|---|---|
| Joint Memorandum of Points and Authorities in Support and Opposition to Motion (for Summary Judgment) | 4:20-23; 6:17-7:6; 7:8-12; 7:14-16; 9:11-12; 11:11-12; 12:1; 12:3-5; 12:7-11; 12:24; 12:26-13:1; 13:5; 13:7; 13:13; 13:14-15; 13:18; 13:19-21; 14:20; 26:21; 26:23; 26:25; 27:1; 27:3-4; 27:6; 27:10-11; 27:15; 27:20-21; 28:21; 28:24; 28:25; 29:5; 29:6; 36:6-24; 36:28; 37:7-8; 37:14-17; 37:21-23; 38:19-22; 39:9-15; 40:14-17; 40:20; 40:27-41:5; 41:9-12; 42:2-5; 42:17-20; 46:17-22; 46:25-26; 47:6-9; 47:27-48:2; 48:6-7. |
| Joint Statement of Uncontroverted Facts and Genuine Disputes and Conclusions of Law in Support of and Opposition to Defendants' Motion for Summary Judgment | Defendants' Undisputed Facts and Supporting Evidence Column, Facts 1-170.<br><br>Opposition to Defendants' Undisputed Facts and Supporting Evidence Column, Fact 11, 120, 137, 154.<br><br>Reply to Defendants' Undisputed Facts and Supporting Evidence Column, Facts 1-7, 11, 41, 72-75, 79, 89-92, 96, 137-139, 154-159.<br><br>Plaintiff's Statement of Uncontroverted Facts and Genuine Disputes, Facts 197-205; 243-255; 257-263; 268-269; 271-272; 274-275; 277; 279-281; 283-287; 305; 315-317; 322; 363-367. |
| Joint Appendix of Evidence in Support of and Opposition to Defendants' Motion for Summary Judgment | Lines 1:12, 1:13, 1:14, 1:15, 1:16, 4:10-12 |
| Exhibit A: Declaration of Dennis Dreith ("Dreith Declaration") | Lines 1:13-14. |
| Dreith Declaration, Ex. 1 | Entire exhibit. |
| Exhibit E: Declaration | Entire exhibit. |

---

[1] Plaintiff notes that Defendants have not formally indicated that they plan to oppose any portion of this Application. ECF No. 53 ¶ 12. Because Defendants have not filed an Opposition, and compelling reasons otherwise appear, the Court is granting the Application.

| | |
|---|---|
| Exhibit F: Declaration | Entire exhibit. |
| Exhibit G: Declaration | Entire exhibit. |
| Exhibit H: Declaration | Entire exhibit. |
| Exhibit I: Declaration | Entire exhibit. |
| Exhibit L: Declaration of Randall Wixen in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment ("Wixen Declaration") | 3:11, 3:13; 3:24-4:9; 4:13-17; 4:19-23; 6:4; 8:26-27; 9:3-4, 9:6-8; 9:10. |
| Wixen Declaration, Ex. 1 | Entire exhibit. |
| Wixen Declaration, Ex. 2 | Entire exhibit. |
| Wixen Declaration, Ex. 3 | Entire exhibit. |
| Wixen Declaration, Ex. 4 | Entire exhibit. |
| Wixen Declaration, Ex. 5 | Entire exhibit. |
| Wixen Declaration, Ex. 6 | Entire exhibit. |
| Wixen Declaration, Ex. 7 | Entire exhibit. |
| Wixen Declaration, Ex. 8 | Entire exhibit. |
| Wixen Declaration, Ex. 9 | Entire exhibit. |
| Wixen Declaration, Ex. 10 | Entire exhibit. |
| Wixen Declaration, Ex. 11 | Entire exhibit. |
| Wixen Declaration, Ex. 12 | Entire exhibit. |
| Wixen Declaration, Ex. 13 | Entire exhibit. |
| Wixen Declaration, Ex. 14 | Entire exhibit. |
| Wixen Declaration, Ex. 15 | Entire exhibit. |
| Wixen Declaration, Ex. 16 | Entire exhibit. |
| Wixen Declaration, Ex. 17 | Entire exhibit. |

| | |
|---|---|
| Wixen Declaration, Ex. 18 | Entire exhibit. |
| Wixen Declaration, Ex. 19 | Entire exhibit. |
| Wixen Declaration, Ex. 20 | Entire exhibit. |
| Exhibit M: Declaration of Andrew S. MacKay in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment | 1:20-21 |
| Exhibit O: Supplemental Declaration of Dennis Dreith | 1:11-12; 1:16-19; 1:22; 1:25; 2:1; 2:3-4; 2:6-10; 2:16-19 |
| Exhibit P: Supplemental Declaration of Tania Oliveira | Paragraphs 3-8; 6:10-12; 6:14-16 |

The Court hereby ORDERS the above-identified documents to be filed under seal as described above, pursuant to Local Rule 79-5.2.2(c).

IT IS SO ORDERED.

Dated: February 13, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

- 3 -

ORDER ON APPL. TO FILE UNDER SEAL