O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIXEN MUSIC UK LTD., a UK limited corporation,<br><br>　　　　　　*Plaintiff,*<br><br>　　　　v.<br><br>TRANSPARENCE ENTERTAINMENT GROUP INC., a California corporation; DENNIS DREITH, an individual; SHARI HOFFMAN, an individual; and TANIA OLIVEIRA, NÉE WOODCOCK, an individual; and Does 1 through 10, inclusive,<br><br>　　　　　　*Defendants.* | Case No.: 2:21-cv-02663-MEMF-MRW<br><br>**ORDER GRANTING MOTION TO WITHDRAW COUNSEL [ECF NO. 303]** |

　　　Before the Court is Charnley Rian LLP's Motion for Leave to Withdraw as Counsel for Defendant Tania Woodcock. For the reasons set forth below, the Court GRANTS the Motion.

**I.　　Background**

　　　Plaintiff Wixen Music UK Ltd. ("Wixen") initiated this action against Defendants Transparence Entertainment Group Inc. ("TEG") and Individual Defendants Dennis Dreith, Shari Hoffman, and Tania Woodcock on March 26, 2021. On May 6, 2024, trial for this matter commenced, and a verdict was rendered. ECF No. 220. Richard Charnley and Charnley Rian LLP

represented all four defendants through trial. On December 5, 2024, the Court granted the request by TEG and Hoffman to substitute Steven Zelig in as counsel as well as the request by Dreith to relieve counsel and represent himself pro se. ECF Nos. 290-292. The Court held a hearing on the Defendants' post trial motions on December 12, 2024, and issued its ruling on December 23, 2024. ECF No. 298.

On January 16, 2025, counsel for Woodcock, Richard Charnley, filed the instant Motion to Withdraw as Counsel requesting withdrawal as counsel for him and his firm. ECF No. 303 (the "Motion"). The Court ordered that Woodcock be present at the hearing. ECF No. 332.

The Court held a hearing on the Motion on February 19, 2025. Present at the hearing were Woodcock, Charnley, counsel for Wixen, counsel for TEG and Hoffman, and Dreith representing himself individually.

**II.     Positions of the Parties**

After a colloquy with the Court at the hearing, the parties provided their positions on the Motion. No party opposed the Motion. The Court then heard the positions of Charnley and Woodcock in an in camera session.

**III.    Discussion**

For the reasons stated at the in camera session at the hearing, the Court finds good cause for the withdrawal.

**IV.     Conclusion**

For the reasons aforementioned, the Court GRANTS the Motion for Leave to Withdraw as Counsel and ORDERS as follows:

1. Mr. Charnley and his firm shall comply with all of the requirements of the California Rules of Professional Conduct with respect to this withdrawal;
2. Woodcock is advised that if she chooses to proceed without an attorney, the Court will hold her to the same standards of conduct to which it holds attorneys, and does not exempt her from compliance with the Federal Rules of Civil Procedure or the Local Rules. *See* Local Rules 1-3 and 83-2.2.3. Appreciating the challenges which may come with self-representation, however, the Court directs Ms. Woodcock to the following resources for

guidance if she chooses to proceed without an attorney:

- General information on how parties may represent themselves in civil cases in the Central District of California can be found at https://prose.cacd.uscourts.gov/.
- Local Civil Rules for the Central District of California can be found at http://www.cacd.uscourts.gov/court-procedures/local-rules.
- Federal Rules of Civil Procedure can be found at https://www.law.cornell.edu/rules/frcp.
- Public Counsel runs a free Federal *Pro Se* Clinic where *pro se* litigants can get information and guidance. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic). *Pro se* litigants must call or submit an on-line application to request services as follows: on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.
- Public Counsel also has extensive resources for *pro se* litigants at its website located at https://publiccounsel.org/services/federal-court/.
- The Court is also informed that the LA Law Library, located across the street from the First Street Courthouse at 301 W. First Street, Los Angeles, CA 90012, also has extensive resources for *pro se* litigants. The LA Law Library can be reached via email at reference@lalawlibrary.org, or via telephone at (213) 785-2513.
- As discussed at the hearing, the Court will inquire as to the availability of pro bono counsel to represent Ms. Woodcock for further proceedings in Court through the Central District's Pro Bono Program and advise Ms. Woodcock if any attorneys volunteer to handle her matter.

/ / /

/ / /

- As there are pending appeals in the case, the Court also notes that the Ninth Circuit has a pro bono program. Ms. Woodcock may find information on this program at https://www.ca9.uscourts.gov/probono/.

IT IS SO ORDERED.

Dated: February 25, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge